IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

TINA MUSIC GORDON, )
)
    Plaintiff, )
)
v. ) CIVIL ACTION NO.: CV506-008
)
JO ANNE B. BARNHART, )
Commissioner of Social Security, )
)
    Defendant. )

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In her Objections, Plaintiff asserts the Magistrate Judge did not address her assertion that the Administrative Law Judge ("ALJ") violated her right to due process. Plaintiff also asserts the ALJ did not correctly review or make articulated findings as to the credibility of the two (2) doctors who examined her, Dr. Marc Eaton and Dr. Nandita Joshi.

The ALJ did not deny Plaintiff due process by refusing to allow the vocational expert to answer her counsel's question; the ALJ simply told Plaintiff's counsel she could not question the vocational expert using raw data but had to frame her question in terms of a mental residual functioning capacity. The Magistrate Judge addressed this assertion in his discussion of the vocational expert's testimony.

Contrary to Plaintiff's assertion, the ALJ specifically stated he gave "great weight to the findings and opinions" of Dr. Eaton. (Tr. at 24.) The ALJ noted "[t]he discrepancy between the degree of symptomology *described* by [Plaintiff] versus that *displayed* by

AO 72A
(Rev. 8/82)

[Plaintiff] at the hearing is corroborated by her documented malingering at Dr. Eaton's consultative psychological examination." (Id.) (Emphasis in original). Additionally, Plaintiff's objection as to the weight the ALJ gave to Dr. Joshi's findings appear to conflict somewhat with what Plaintiff alleged in her original brief. In her brief, Plaintiff asserted that Dr. Eaton's findings "corroborated" the findings of Dr. Joshi as to her Global Assessment of Functioning scores. (Pl.'s Br., p. 13.) The ALJ gave great weight to the opinions and findings of Dr. Eaton, whose findings corroborate Dr. Joshi's, according to Plaintiff.

Plaintiff's Objections are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. The decision of the Commissioner is **AFFIRMED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

SO ORDERED, this 24th day of January, 2007.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)